LEE MERGENTIME, JR., et al., Respondents, Impleaded with Another, *v.* NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY, Appellant.

Submitted March 6, 1939; decided April 5, 1939.

*David Groberg* for motion.

*Irving W. Young, Jr.*, opposed.

Motion denied.